Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAUDY PARENTO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada, and DOES I-X,<br><br>　　　　　Defendant. | Case No. 3:19-cv-00303-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (First Request)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff GAUDY PARENTO, and Defendant WASHOE COUNTY, a political subdivision of the State of Nevada, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 25) from August 14, 2020 to August 28, 2020.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The parties request this extension due to counsel for Plaintiff's congested calendar and need for additional time to prepare a proper response.

| | |
|---|---|
| Dated: August 4, 2020. | Dated: August 4, 2020. |
| LAW OFFICE OF MARK MAUSERT | WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE |
| /s/ Mark Mausert | /s/ Michael Large |
| MARK MAUSERT<br>Attorney for Plaintiff | MICHAEL LARGE<br>Attorney for Defendant |

IT IS SO ORDERED.

DATED this  4th  day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT