Mark Mausert
NV Bar No. 2398
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GAUDY PARENTO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada, and DOES I-X,<br><br>　　　　　Defendant. | Case No. 3:19-cv-00303-MMD-WGC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (Second Request)** |

　　　　Pursuant to Local Rule IA 6-1, Plaintiff GAUDY PARENTO, and Defendant WASHOE COUNTY, a political subdivision of the State of Nevada, by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 25) from August 28, 2020 to September 4, 2020.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

The parties request this extension due to counsel for Plaintiff's congested calendar and need for additional time to prepare a proper response.

Dated: August 28, 2020.

LAW OFFICE OF MARK MAUSERT

/s/ Mark Mausert
MARK MAUSERT
Attorney for Plaintiff

Dated: August 28, 2020.

WASHOE COUNTY DISTRICT ATTORNEY'S OFFICE

/s/ Michael Large
MICHAEL LARGE
Attorney for Defendant

IT IS SO ORDERED.

DATED this  28th  day of    August    , 2020.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT