CHRISTOPHER J. HICKS
Washoe County District Attorney

MICHAEL W. LARGE
Deputy District Attorney
Nevada State Bar Number 10119
One South Sierra Street
Reno, NV 89501
mlarge@da.washoecounty.us
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GAUDY PARENTO,<br><br>    Plaintiff,<br><br>    vs.<br><br>WASHOE COUNTY, a political subdivision of the State of Nevada, and DOES I-X,<br><br>    Defendants. | Case No. 3:19-cv-00303-MMD-WGC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice pursuant to FRCP 41(a).

DATED this 14th day of June, 2021.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

-1-